# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GEORGIA ELAINE ROBERTS,**

                **Plaintiff,**

-vs-                                      **Case No.  6:12-cv-421-Orl-31DAB**

**WINTER SPRINGS POLICE DEPT.; CITY
OF WINTER SPRINGS; KEVIN L.
SMITH, City Manager, et al.,**

                **Defendants.**

_____

# ORDER

This cause comes before the Court on the Application to Proceed in District Court Without Prepaying Fees and Costs (Doc. No. 2) filed March 19, 2012.

On March 30, 2012, the United States Magistrate Judge issued a report (Doc. No. 8) recommending that the complaint be dismissed and that the application be denied.  No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      The complaint in this case is **DISMISSED** without prejudice.  Plaintiff may file an amended complaint by May 7, 2012, which complies with the dictates of the Report and

Recommendation.  Failure to timely file an amended complaint will result in the case being dismissed and closed without further notice.

     3.     The Application to Proceed *in forma pauperis* is **DENIED** without prejudice. Plaintiff may file a renewed motion with the Amended Complaint.  Plaintiff's Motion for Leave to Amend Complaint (Doc. No. 11) is **DENIED** as moot.

     **DONE** and **ORDERED** in Chambers, Orlando, Florida on April 16, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party